LAW OFFICE OF
**JAMES A. WYATT**
3575 SUNSET DRIVE (96001)
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile

STATE BAR NO. 081128

Attorney for Defendants
COUNTY OF MODOC, MODOC COUNTY SHERIFF'S DEPT;
BILLY HOLSHOUSER AND MIKE POINDEXTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oo0oo---

| | |
|---|---|
| TYLER EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MODOC, et al.,<br><br>Defendants. | CASE NO. 2:14-cv-02646-MCE-KJN<br><br>PARTIES' STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND ORDER THEREON |

## STIPULATION

COME NOW the parties herein, Plaintiff and Defendants, by and through their respective counsels of record, EUGENE B. CHITTOCK for the Plaintiff and JAMES A. WYATT for the Defendants, and hereby stipulate as follows:

WHEREFORE, Plaintiff set his hearing on his Motion to Strike Defendants'

1

Affirmative Defenses to be heard on May 28, 2015, at 2:00 pm, in Courtroom 7 of the Federal Courthouse located in Sacramento, California;

WHEREFORE, prior to counsel for plaintiff selecting May 28, 2015, as the noticed hearing date, counsel for defendants had committed to be outside the country starting May 14, 2015 through June 1, 2015, as a result of a paid vacation;

WHEREFORE, counsel for plaintiff did not clear the proposed hearing date of May 28, 2015, with counsel for defendants before noticing his motion for that date;

WHEREFORE, Defendants intend on filing a response to Plaintiff's Motion to Strike on or before May 14, 2015; and

WHEREFORE, Defendants requested Plaintiff continue the hearing to anytime after June 2, 2015, and Plaintiff has agreed.

NOW THEREFORE, Plaintiff and Defendants, by and through their respective counsels of record, hereby agree and do stipulate that the hearing currently set for May 28, 2015, at 2:00 pm in Courtroom 7, to hear Plaintiff's Motion to Strike Defendants' Affirmative Defenses, be continued to **June 25, 2015, at 2:00 pm**, or at any later time selected by the Court, in Courtroom 7, before the Honorable Morrison C. England.

DATED:   April 8, 2015                    LAW OFFICE OF JAMES A. WYATT


    /S/ James A. Wyatt
JAMES A. WYATT
Attorney for Defendants


DATED:   April 8, 2015                    LAW OFFICE OF EUGENE B. CHITTOCK

2

Stipulation and Order to Continue Hearing on Plaintiff's Motion to Strike Affirmative Defenses  2:14-CV-02646-MCE-KJN

          /S/ Eugene B. Chittock_____
         EUGENE B. CHITTOCK
         Attorney for Plaintiff

## ORDER

UPON consideration and good cause appearing therefore, the above Stipulation of the parties to this action is approved. The hearing currently set for May 28, 2015 at 2:00, is hereby continued to be heard on June 25, 2015 at 2:00 pm in Courtroom No. 7.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

3

Stipulation and Order to Continue Hearing on Plaintiff's Motion to Strike Affirmative Defenses  2:14-CV-02646-MCE-KJN