LAW OFFICE OF
**JAMES A. WYATT**
3575 SUNSET DRIVE (96001)
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile

STATE BAR NO. 081128

Attorney for Defendants
COUNTY OF MODOC, MODOC COUNTY SHERIFF'S DEPT;
BILLY HOLSHOUSER AND MIKE POINDEXTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oo0oo---

| TYLER EDWARDS, | CASE NO. 2:14-CV-02646-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | PARTIES' STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES AND ORDER THEREON |
| COUNTY OF MODOC, et al., | |
| Defendants. | |

## STIPULATION

COME NOW the parties herein, Plaintiff and Defendants, by and through their respective counsels of record, EUGENE B. CHITTOCK for the Plaintiff and JAMES A. WYATT for the Defendants, and hereby stipulate as follows:

WHEREFORE, Plaintiff set his hearing on his Motion to Strike Defendants'

1

Stipulation and Order to Continue Hearing on Plaintiff's Motion to Strike Affirmative Defenses  2:14-CV-02646-MCE-KJN

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

1  Affirmative Defenses to be heard on May 28, 2015, at 2:00 pm, in Courtroom 7 of
2  the Federal Courthouse located in Sacramento, California;

3  　　　　WHEREFORE, prior to counsel for plaintiff selecting May 28, 2015, as the
4  noticed hearing date, counsel for defendants had committed to be outside the
5  country starting May 14, 2015 through June 1, 2015, as a result of a paid vacation;

6  　　　　WHEREFORE, counsel for plaintiff did not clear the proposed hearing date
7  of May 28, 2015, with counsel for defendants before noticing his motion for that
8  date;

9  　　　　WHEREFORE, Defendants intend on filing a response to Plaintiff's Motion
10 to Strike on or before May 14, 2015; and

11 　　　　WHEREFORE, Defendants requested Plaintiff continue the hearing to
12 anytime after June 2, 2015, and Plaintiff has agreed.

13 　　　　NOW THEREFORE, Plaintiff and Defendants, by and through their
14 respective counsels of record, hereby agree and do stipulate that the hearing
15 currently set for May 28, 2015, at 2:00 pm in Courtroom 7, to hear Plaintiff's
16 Motion to Strike Defendants' Affirmative Defenses, be continued to **June 25, 2015,**
17 **at 2:00 pm**, or at any later time selected by the Court, in Courtroom 7, before the
18 Honorable Morrison C. England.

19 DATED:   April 8, 2015              LAW OFFICE OF JAMES A. WYATT
20
21                                       ____/S/ James A. Wyatt_____
22                                       JAMES A. WYATT
                                         Attorney for Defendants
23
24
25 DATED:   April 8, 2015              LAW OFFICE OF EUGENE B. CHITTOCK
26
27                                        2
28 

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

          _____/S/ Eugene B. Chittock_____
          EUGENE B. CHITTOCK
          Attorney for Plaintiff

### **ORDER**

UPON consideration and good cause appearing therefore, the above Stipulation of the parties to this action is approved. The hearing currently set for May 28, 2015 at 2:00, is hereby continued to be heard on June 25, 2015 at 2:00 pm in Courtroom No. 7.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

3

Stipulation and Order to Continue Hearing on Plaintiff's Motion to Strike Affirmative Defenses  2:14-CV-02646-MCE-KJN