UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER EDWARDS,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF MODOC, et al.,<br><br>        Defendants. | No. 2:14-cv-02646-MCE-KJN<br><br><br>**ORDER** |

Defendants have filed a Motion for Leave to File an Amended Answer (ECF Nos. 24, 26). Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants' Motion is GRANTED. The September 17, 2015 hearing date for the Motion is hereby VACATED. Not later than five (5) days following the date this Order is electronically filed, Defendants shall file their First Amended Answer with the Court.

IT IS SO ORDERED.

Dated: August 21, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT