Eugene B. Chittock, SBN 214532
LAW OFFICES OF EUGENE B. CHITTOCK
100 South Lassen Street
Susanville, CA 96130
Telephone: (530) 257-9351
Facsimile: (530) 257-9359

Attorney for Plaintiff, Tyler Edwards.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER EDWARDS,<br><br>*Plaintiff*,<br><br>vs.<br><br>COUNTY OF MODOC and MODOC COUNTY SHERIFF'S DEPARTMENT, a local pubic entity; BILLY HOLSHOUSER, individually and in his official capacity as Deputy Sheriff; MIKE POINDEXTER, in his official capacity as Sheriff; and DOES 1 to 50, inclusive,<br><br>*Defendants*. | Case No.: 2:14-CV-02646-MCE-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br><br>Honorable Morrison C. England |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their designated counsel, that the above-entitled action, in its entirety (including all complaints and claims, and as to all defendants), be and hereby is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his or its own respective costs and expenses, including attorneys' fees, incurred in connection with this action.

**SO STIPULATED**

Date: 12/17/2015            LAW OFFICES OF EUGENE B. CHITTOCK

                                                       /s/
                                        Eugene B. Chittock
                                        Attorney for Plaintiff

Date: 12/30/2015            LAW OFFICES OF JAMES A. WYATT

                                                       /s/
                                        James A. Wyatt
                                        Attorney for Defendants

**ORDER**

Based on the parties' signed stipulation (ECF No. 29), this action is DISMISSED without prejudice. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: February 10, 2016

                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT